No. 01–627.  LOVE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–635.  MADEIROS *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 01–5050.  EDWARDS *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 01–5152.  NEALY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5228.  WADLINGTON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–5328.  PARKER *v.* HOLT, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 01–5614.  HAMMEL ET AL. *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–5647.  FRANCO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5671.  RICHARDSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–5686.  TERRY *v.* TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 01–5712.  MENDOZA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–5731.  PRUDENT *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5782.  JOERGER *v.* ASHCROFT, ATTORNEY GENERAL.  C. A. D. C. Cir.  Certiorari denied.

No. 01–5799.  COBLE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–5817.  WILLIAMS *v.* UNITED INSURANCE COMPANY OF AMERICA ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–6042.  OLIVAS *v.* COLORADO.  Ct. App. Colo.  Certiorari denied.